# Court of Appeals
# of the State of Georgia

ATLANTA, __October 08, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0216.  SHELANDA GOODMAN THOMAS v. MARK BUTLER.**

Shelanda Goodman Thomas appealed to the superior court following an adverse decision by the Department of Labor.  The superior court dismissed her appeal as untimely, after which Thomas appealed directly to this Court.  Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Because Thomas failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __10/08/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*